UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
Case No. 1:21-cv-00753-JLS

---

Deborah-Lee Adams, individually and on behalf of all others similarly situated,

        Plaintiff,

   - against –

Tops Markets, LLC,

        Defendant.

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that for the reasons set forth in the accompanying Memorandum of Law dated September 30, 2021, Defendant Tops Markets, LLC, will move the United States District Court, Western District of New York, before United States District Court Judge John L. Sinatra, at the courthouse located at 2 Niagara Square, Buffalo, New York 14202, for an Order dismissing the First Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant intends to file and serve a reply in response to any memorandum in opposition submitted by Plaintiff.

Dated: October 1, 2021
      New York, New York        Respectfully submitted,

                                        SHOOK HARDY & BACON L.L.P.

                                        */s/ William E. Vita*
                                        William E. Vita – Bar No. 1963461
                                        1325 Avenue of the Americas, 28th Floor
                                        New York, NY 10019

Tel: (212) 989-8844
wvita@shb.com

*Attorneys for Tops Markets, LLC*

TO:

Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com

-and-

Joel Oster
Law Office of Howard W. Rubinstein
22052 W. 66th St #192
Shawnee, KS 66226
Tel: (913) 206-7575
joel@joelosterlaw.com
*Pro Hac Vice* Motion Filed or Forthcoming

*Attorneys for Plaintiff*