UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
Case No. 1:21-cv-00753-JLS

---

Deborah-Lee Adams, individually and on
behalf of all others similarly situated,

        Plaintiff,

    - against –

Tops Markets, LLC,

        Defendant.

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that for the reasons set forth in the accompanying Memorandum of Law dated March 14, 2022, Defendant Tops Markets, LLC, will move the United States District Court, Western District of New York, before United States District Court Judge John L. Sinatra, at the courthouse located at 2 Niagara Square, Buffalo, New York 14202, for an Order striking the Second Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(f), or, alternatively, dismissing it pursuant to Fed. R. Civ. P. 12(b)(6), together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant intends to file and serve a reply in response to any memorandum in opposition submitted by Plaintiff.

Dated: March 14, 2022
       New York, New York

                                    Respectfully submitted,

                                    SHOOK HARDY & BACON L.L.P.

                                    */s/ William E. Vita*
                                    William E. Vita – Bar No. 1963461
                                    1325 Avenue of the Americas, 28th Floor
                                    New York, NY 10019
                                    Tel: (212) 989-8844
                                    wvita@shb.com

                                    *Attorneys for Tops Markets, LLC*

TO:

Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com

-and-

Joel Oster
Law Office of Howard W. Rubinstein
22052 W. 66th St #192
Shawnee, KS 66226
Tel: (913) 206-7575
joel@joelosterlaw.com
*Pro Hac Vice* Motion Filed or Forthcoming

*Attorneys for Plaintiff*